# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 8:09CR382 |
| vs. | ) | ORDER |
| JENNIFER WOODY, | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of defendant Jennifer Woody (Woody) to review detention (Filing No. 57). Woody seeks a hearing and release to a drug treatment facility.

Woody has been treated for her substance abuse on four prior occasions since 2000. Three of those occasions were at Valley Hope and the fourth was while Woody was within a Bureau of Prisons facility. Woody has also performed intensive outpatient treatment through Catholic Charities and Lutheran Family Services while out on supervised release. Woody has been consistently noncompliant while on release.

The undersigned magistrate judge finds the proposal of Woody in her motion to be inadequate to reasonably assure the safety of the community if she were released. Woody's motion will be denied in its entirety.

**IT IS ORDERED:**

Woody's motion to review detention and her request for a hearing (Filing No. 57) is denied.

DATED this 8th day of January, 2010.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge